# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Bloch, Alan N. | **2. Court or Organization**<br><br>USDC/WDPA | **3. Date of Report**<br><br>11/17/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>**5b.** ✔ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>Suite 8370<br>700 Grant Street<br>Pittsburgh, PA 15219 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Emeritus Board of Directors | Make-A-Wish Foundation of Western Pennsylvania (non-profit corporation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Academy of Trial Lawyers of Allegheny County | 9-25-2019 to 9-27-2019 | Farmington, PA | Attend the Annual Retreat | Room and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Philadelphia PA Gas Works Bond (12th Series) | A | Interest | J | T | | | | | |
| 2. | Philadelphia PA School District Bond | B | Interest | | | Redeemed | 11/20/19 | K | | |
| 3. | Coatesville PA Area School District Bond | A | Interest | J | T | | | | | |
| 4. | Interest-PNC Bank- Checking; Virginia Manor Shops, Pgh. | A | Interest | L | T | | | | | |
| 5. | Vanguard PA Insured Tax Free Fund | A | Dividend | | | Sold | 02/25/19 | L | | |
| 6. | Gabelli Equity Trust | B | Dividend | K | T | Buy | 04/18/19 | K | | |
| 7. | AMG Funds (Yacktman Focused Funds) | A | Dividend | J | T | Sold (part) | 01/11/19 | J | | |
| 8. | -- | | | | | Sold (part) | 02/20/19 | J | | |
| 9. | Columbia Dividend Inc. Fund | A | Dividend | J | T | Buy | 02/20/19 | J | | |
| 10. | Federated Funds (Federated MDT Mid Cap Growth Fund - Instit. Class) | A | Dividend | J | T | Buy | 02/20/19 | J | | |
| 11. | Fenimore Asset Mgmt. (Fm. Equity Income Fund) | A | Dividend | J | T | Buy | 02/20/19 | J | | |
| 12. | First Eagle FDS, Inc. | A | Dividend | J | T | Buy (add'l) | 02/20/19 | J | | |
| 13. | Wastach Funds (Small Cap Value Fund - Institutional Class I) | A | Dividend | J | T | Buy | 02/20/19 | J | | |
| 14. | Harris Assoc. (Oakmark Equity and Income Fund) | A | Dividend | | | Sold | 02/20/19 | J | A | |
| 15. | Hotchkis & Wiley FDS (Mid Cap Value Fund - Class I) | A | Dividend | | | Sold | 02/20/19 | J | A | |
| 16. | Oppenheimer Dev. Markets | A | Dividend | | | Sold | 02/20/19 | J | A | |
| 17. | Parnassus Income (Core Equity Fund) | A | Dividend | J | T | Sold (part) | 02/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | -- | | | | | Sold<br>(part) | 07/12/19 | J | A | |
| 19. | Pimco Invt. Grade Corp. Class I | A | Dividend | J | T | Sold<br>(part) | 02/20/19 | J | | |
| 20. | Legg Mason Funds (Clearbridge Large Cap<br>Growth Fund - Class I) | A | Dividend | J | T | Buy | 02/20/19 | J | | |
| 21. | Royce Premier Fund (Investment Class) | A | Dividend | | | Sold | 02/20/19 | J | A | |
| 22. | Sunamerica Ser. Inc. (Focused Dividend<br>Strategy Portfolio) | A | Dividend | J | T | Sold<br>(part) | 02/20/19 | J | | |
| 23. | Value Line Asset Allocation Fund<br>(Institutional Class) | A | Dividend | J | T | Buy | 02/20/19 | J | | |
| 24. | -- | | | | | Buy<br>(add'l) | 02/21/19 | J | | |
| 25. | -- | | | | | Sold<br>(part) | 04/12/19 | J | A | |
| 26. | -- | | | | | Sold<br>(part) | 10/11/19 | J | A | |
| 27. | First Pacific Advisors FDS (FPA Crescent<br>Portfolio - Institutional Cl) | A | Dividend | | | Sold<br>(part) | 02/15/19 | J | | |
| 28. | -- | | | | | Sold | 02/20/19 | J | A | |
| 29. | Van Eck FDS (International Invs. Gold) | A | Dividend | | | Sold | 02/20/19 | J | A | |
| 30. | Vanguard Wellesley Income Fd. | A | Dividend | | | Sold | 02/20/19 | J | A | |
| 31. | Abbvie Inc. (common stock) | B | Dividend | K | T | Buy | 03/28/19 | K | | |
| 32. | Altria Inc. (common stock) | B | Dividend | | | Buy | 02/25/19 | K | | |
| 33. | -- | | | | | Sold | 08/26/19 | K | | |
| 34. | Aqua America Inc. PFD | B | Dividend | K | T | Buy | 05/21/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. AT&T Inc. (common stock) | B | Dividend | K | T | Buy (add'l) | 02/01/19 | K | | |
| 36. -- | | | | | Sold (part) | 02/25/19 | K | | |
| 37. AT&T Inc. PFD (unsecured) | B | Dividend | K | T | Buy | 01/02/19 | K | | |
| 38. -- | | | | | Buy (add'l) | 02/25/19 | K | | |
| 39. -- | | | | | Sold (part) | 05/21/19 | K | B | |
| 40. Bank of America Corp. PFD | A | Dividend | | | Sold | 01/02/19 | K | A | |
| 41. Becton Dickinson PFD | B | Dividend | K | T | | | | | |
| 42. Crown Castle PFD | B | Dividend | K | T | Buy | 01/02/19 | K | | |
| 43. Dominion Energy Inc. PFD | B | Dividend | K | T | Buy | 08/26/19 | K | | |
| 44. Ebay Inc. PFD | B | Dividend | K | T | | | | | |
| 45. Energizer Holdings Inc. PFD | B | Dividend | K | T | Buy | 02/01/19 | K | | |
| 46. Exxon Mobil Corp. (common stock) | B | Dividend | K | T | Buy | 08/26/19 | K | | |
| 47. Goldman Sachs PFD | A | Dividend | | | Sold | 01/02/19 | K | A | |
| 48. Goldman Sachs FLT RT (PFD) | A | Dividend | | | Buy | 01/02/19 | K | | |
| 49. -- | | | | | Sold | 08/26/19 | K | B | |
| 50. Int'l Flavors & Fragrances PFD | B | Dividend | K | T | | | | | |
| 51. JP Morgan PFD | A | Dividend | | | Sold | 12/04/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  PNC Fin. Svs. PFD | B | Dividend | K | T | | | | | |
| 53.  Qwest Corp. PFD | B | Dividend | K | T | Buy | 01/08/19 | K | | |
| 54.  Stanley Black & Decker PFD | B | Dividend | K | T | Buy (add'l) | 12/04/19 | K | | |
| 55.  US Bancorp PFD | B | Dividend | K | T | | | | | |
| 56.  Abbvie Inc. | A | Dividend | J | T | Sold (part) | 01/10/19 | J | | |
| 57.  -- | | | | | Sold (part) | 12/05/19 | J | | |
| 58.  -- | | | | | Buy (add'l) | 01/30/19 | J | | |
| 59.  -- | | | | | Buy (add'l) | 07/02/19 | J | | |
| 60.  Altria Group, Inc. | A | Dividend | J | T | Sold (part) | 01/14/19 | J | | |
| 61.  -- | | | | | Sold (part) | 01/30/19 | J | | |
| 62.  -- | | | | | Sold (part) | 09/13/19 | J | | |
| 63.  -- | | | | | Buy (add'l) | 01/10/19 | J | | |
| 64.  AIG | A | Dividend | J | T | Buy (add'l) | 02/25/19 | J | | |
| 65.  -- | | | | | Buy (add'l) | 03/14/19 | J | | |
| 66.  -- | | | | | Buy (add'l) | 12/20/19 | J | | |
| 67.  AmCorp | A | Dividend | | | Sold | 12/05/19 | J | | |
| 68.  American Electric Power | A | Dividend | | | Sold (part) | 03/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- | | | | | Sold (part) | 06/25/19 | J | | |
| 70. -- | | | | | Sold | 06/28/19 | J | | |
| 71. American Tower Corp. | A | Dividend | J | T | Sold (part) | 09/06/19 | J | | |
| 72. AmGen Inc. | A | Dividend | J | T | Buy (add'l) | 10/07/19 | J | | |
| 73. -- | | | | | Buy (add'l) | 10/09/19 | J | | |
| 74. Analog Devices Inc. | A | Dividend | J | T | | | | | |
| 75. Anheuser-Busch Imbev. | A | Dividend | J | T | Sold (part) | 12/05/19 | J | | |
| 76. -- | | | | | Buy (add'l) | 01/02/19 | J | | |
| 77. Apollo Global Mgmt. | A | Dividend | J | T | Buy (add'l) | 09/05/19 | J | | |
| 78. -- | | | | | Buy (add'l) | 10/03/19 | J | | |
| 79. Apple Inc. | A | Dividend | K | T | | | | | |
| 80. Ares Capital Corp. | A | Dividend | J | T | | | | | |
| 81. Astrazenicia | A | Dividend | | | Sold (part) | 01/09/19 | J | | |
| 82. -- | | | | | Sold | 01/14/19 | J | | |
| 83. AT&T Inc. | B | Dividend | K | T | Sold (part) | 06/04/19 | J | | |
| 84. -- | | | | | Buy (add'l) | 01/10/19 | K | | |
| 85. Bank of America Corp. | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BCE Inc. | A | Dividend | J | T | Buy (add'l) | 01/10/19 | J | | |
| 87. Black Knight Inc. | A | Dividend | | | Sold | 01/25/19 | J | | |
| 88. Blackrock | A | Dividend | | | Sold (part) | 07/22/19 | J | | |
| 89. -- | | | | | Sold (part) | 07/23/19 | J | | |
| 90. -- | | | | | Sold (part) | 09/03/19 | J | | |
| 91. -- | | | | | Sold (part) | 09/04/19 | J | | |
| 92. -- | | | | | Sold | 09/05/19 | J | A | |
| 93. Blackstone Group Inc. | A | Dividend | J | T | Buy (add'l) | 07/01/19 | J | | |
| 94. -- | | | | | Buy (add'l) | 07/02/19 | J | | |
| 95. -- | | | | | Buy (add'l) | 07/22/19 | J | | |
| 96. -- | | | | | Buy (add'l) | 07/23/19 | J | | |
| 97. BNY Mellon | A | Dividend | | | Sold (part) | 06/18/19 | J | | |
| 98. -- | | | | | Sold (part) | 06/19/19 | J | | |
| 99. -- | | | | | Sold | 06/20/19 | J | | |
| 100. BP PLC | A | Dividend | J | T | Sold (part) | 12/05/19 | J | | |
| 101. British American. Tob. | A | Dividend | J | T | Sold (part) | 07/02/19 | J | A | |
| 102. -- | | | | | Sold (part) | 07/23/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bloch, Alan N. | 11/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -- | | | | | Sold<br>(part) | 07/26/19 | J | A | |
| 104.  -- | | | | | Buy<br>(add'l) | 01/10/19 | J | | |
| 105.  -- | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 106.  -- | | | | | Buy<br>(add'l) | 02/25/19 | J | | |
| 107.  Broadridge Fin. Solutions | A | Dividend | K | T | | | | | |
| 108.  CDN Imperial Bank | A | Dividend | K | T | Buy<br>(add'l) | 01/10/19 | J | | |
| 109.  -- | | | | | Buy<br>(add'l) | 08/27/19 | J | | |
| 110.  -- | | | | | Buy<br>(add'l) | 09/13/19 | J | | |
| 111.  -- | | | | | Buy<br>(add'l) | 09/18/19 | J | | |
| 112.  Chevron Corp. | B | Dividend | K | T | Buy<br>(add'l) | 01/10/19 | J | | |
| 113.  Chubb Ltd. | A | Dividend | J | T | | | | | |
| 114.  Cisco Systems | A | Dividend | | | Sold | 12/05/19 | J | | |
| 115.  Coca-Cola Co. | A | Dividend | K | T | Sold<br>(part) | 01/09/19 | J | | |
| 116.  -- | | | | | Sold<br>(part) | 01/10/19 | J | | |
| 117.  -- | | | | | Sold<br>(part) | 09/13/19 | J | | |
| 118.  -- | | | | | Sold<br>(part) | 12/11/19 | J | | |
| 119.  -- | | | | | Buy<br>(add'l) | 03/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -- | | | | | Buy (add'l) | 04/24/19 | J | | |
| 121.  Colgate-Palmolive Co. | A | Dividend | J | T | | | | | |
| 122.  Comcast Corp. | A | Dividend | J | T | Buy (add'l) | 06/20/19 | J | | |
| 123.  -- | | | | | Buy (add'l) | 10/31/19 | J | | |
| 124.  -- | | | | | Buy (add'l) | 12/20/19 | J | | |
| 125.  Corteva Inc. | A | Dividend | | | Spinoff (from line 147) | 06/03/19 | J | | |
| 126.  -- | | | | | Sold | 06/12/19 | J | | |
| 127.  Crown Castle | A | Dividend | | | Sold (part) | 01/10/19 | J | | |
| 128.  -- | | | | | Sold (part) | 03/22/19 | J | | |
| 129.  -- | | | | | Sold (part) | 04/24/19 | J | | |
| 130.  -- | | | | | Sold (part) | 05/30/19 | J | | |
| 131.  -- | | | | | Sold (part) | 06/25/19 | J | | |
| 132.  -- | | | | | Sold (part) | 06/28/19 | J | | |
| 133.  -- | | | | | Sold (part) | 07/12/19 | J | | |
| 134.  -- | | | | | Sold (part) | 07/17/19 | J | | |
| 135.  -- | | | | | Sold (part) | 08/27/19 | J | A | |
| 136.  -- | | | | | Sold (part) | 09/18/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. -- | | | | | Sold | 10/01/19 | J | A | |
| 138. DIAGEO PLC | A | Dividend | K | T | | | | | |
| 139. Digital Realty Trust Inc. | A | Dividend | J | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 140. Walt Disney Co. | A | Dividend | J | T | | | | | |
| 141. Dominion Res.. Inc. | A | Dividend | K | T | Sold<br>(part) | 09/06/19 | J | | |
| 142. -- | | | | | Buy<br>(add'l) | 01/10/19 | J | | |
| 143. -- | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 144. Dow Inc. | A | Dividend | J | T | Sold<br>(part) | 04/05/19 | J | | |
| 145. -- | | | | | Sold<br>(part) | 04/10/19 | J | | |
| 146. -- | | | | | Sold<br>(part) | 12/05/19 | J | | |
| 147. Dow Dupont | A | Dividend | | | Sold<br>(part) | 04/09/19 | J | | |
| 148. -- | | | | | Distributed | 06/03/19 | J | | |
| 149. Dupont De Nemours | A | Dividend | | | Spinoff<br>(from line 147) | 06/03/19 | J | | |
| 150. -- | | | | | Sold<br>(part) | 06/18/19 | J | | |
| 151. -- | | | | | Sold | 06/19/19 | J | | |
| 152. Duke Energy Corp. | A | Dividend | K | T | Buy<br>(add'l) | 01/10/19 | J | | |
| 153. Ecolab Inc. | A | Dividend | J | T | Sold<br>(part) | 06/10/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Edison Int'l | A | Dividend | J | T | Buy<br>(add'l) | 07/31/19 | J | | |
| 155. -- | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 156. -- | | | | | Buy<br>(add'l) | 12/03/19 | J | | |
| 157. Enbridge Inc. | A | Dividend | K | T | Sold<br>(part) | 04/22/19 | J | | |
| 158. -- | | | | | Sold<br>(part) | 04/26/19 | J | | |
| 159. -- | | | | | Sold<br>(part) | 04/30/19 | J | | |
| 160. -- | | | | | Buy<br>(add'l) | 04/24/19 | J | | |
| 161. -- | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 162. -- | | | | | Buy<br>(add'l) | 06/28/19 | J | | |
| 163. -- | | | | | Buy<br>(add'l) | 07/17/19 | J | | |
| 164. Entergy Corp. | A | Dividend | K | T | Buy<br>(add'l) | 03/13/19 | J | | |
| 165. -- | | | | | Buy<br>(add'l) | 03/15/19 | J | | |
| 166. Exxon Mobil Corp. | B | Dividend | | | Sold | 12/05/19 | K | | |
| 167. Fastenal Co. | A | Dividend | K | T | Sold<br>(part) | 02/20/19 | J | | |
| 168. FNF Group | A | Dividend | K | T | | | | | |
| 169. General Mills | A | Dividend | | | Sold<br>(part) | 04/24/19 | J | A | |
| 170. -- | | | | | Sold<br>(part) | 05/30/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  -- | | | | | Sold<br>(part) | 07/12/19 | J | A | |
| 172.  -- | | | | | Sold | 07/17/19 | J | A | |
| 173.  General Motors | A | Dividend | | | Sold<br>(part) | 11/13/19 | J | | |
| 174.  -- | | | | | Sold<br>(part) | 11/14/19 | J | | |
| 175.  -- | | | | | Sold<br>(part) | 11/15/19 | J | | |
| 176.  -- | | | | | Sold<br>(part) | 11/18/19 | J | | |
| 177.  -- | | | | | Sold<br>(part) | 11/19/19 | J | | |
| 178.  -- | | | | | Sold<br>(part) | 11/20/19 | J | | |
| 179.  -- | | | | | Sold<br>(part) | 11/21/19 | J | | |
| 180.  -- | | | | | Sold | 11/22/19 | J | | |
| 181.  Gilead Sciences Inc. | A | Dividend | K | T | Buy<br>(add'l) | 07/23/19 | J | | |
| 182.  -- | | | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 183.  -- | | | | | Buy<br>(add'l) | 08/06/19 | J | | |
| 184.  -- | | | | | Buy<br>(add'l) | 08/27/19 | J | | |
| 185.  -- | | | | | Buy<br>(add'l) | 09/06/19 | J | | |
| 186.  GlaxoSmithKline PLC | A | Dividend | K | T | Buy<br>(add'l) | 01/10/19 | J | | |
| 187.  Graco Inc. | A | Dividend | J | T | Sold<br>(part) | 04/09/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Healthcare TR Amer. | A | Dividend | | | Sold (part) | 01/28/19 | J | | |
| 189.  -- | | | | | Sold (part) | 01/31/19 | J | | |
| 190.  -- | | | | | Sold (part) | 02/05/19 | J | | |
| 191.  -- | | | | | Sold (part) | 02/22/19 | J | | |
| 192.  -- | | | | | Sold (part) | 02/28/19 | J | | |
| 193.  -- | | | | | Sold (part) | 03/05/19 | J | | |
| 194.  -- | | | | | Sold (part) | 03/12/19 | J | | |
| 195.  -- | | | | | Sold (part) | 03/21/19 | J | | |
| 196.  -- | | | | | Sold | 03/22/19 | J | | |
| 197.  Home Depot Inc. | A | Dividend | J | T | Sold (part) | 12/16/19 | J | | |
| 198.  Huntington Bancshares | A | Dividend | J | T | Buy (add'l) | 02/25/19 | J | | |
| 199.  -- | | | | | Buy (add'l) | 03/22/19 | J | | |
| 200.  -- | | | | | Buy (add'l) | 08/27/19 | J | | |
| 201.  Kraft Heinz Co. | A | Dividend | | | Sold (part) | 02/22/19 | J | | |
| 202.  -- | | | | | Sold | 02/27/19 | J | | |
| 203.  Intel Corp. | A | Dividend | J | T | | | | | |
| 204.  International Paper Co. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Investco | A | Dividend | | | Sold | 12/05/19 | J | | |
| 206. Iron Mountain Inc. | A | Dividend | | | Sold | 03/13/19 | J | | |
| 207. I Shares ETF (Core S&P) | A | Dividend | J | T | Buy (add'l) | 12/06/19 | J | | |
| 208. I Shares Select ETF (Dividend Fund) | C | Dividend | L | T | Sold (part) | 01/10/19 | L | | |
| 209. -- | | | | | Buy (add'l) | 12/05/19 | L | | |
| 210. Johnson & Johnson | A | Dividend | J | T | Sold (part) | 01/22/19 | J | | |
| 211. Kimberly-Clark Corp. | A | Dividend | J | T | Sold (part) | 07/17/19 | J | | |
| 212. -- | | | | | Sold (part) | 07/23/19 | J | | |
| 213. -- | | | | | Sold (part) | 09/06/19 | J | | |
| 214. -- | | | | | Buy (add'l) | 01/10/19 | J | | |
| 215. -- | | | | | Buy (add'l) | 01/14/19 | J | | |
| 216. Kinder Morgan Inc. | B | Dividend | K | T | Buy (add'l) | 04/22/19 | J | | |
| 217. -- | | | | | Buy (add'l) | 04/23/19 | J | | |
| 218. -- | | | | | Buy (add'l) | 04/24/19 | J | | |
| 219. -- | | | | | Buy (add'l) | 04/25/19 | J | | |
| 220. -- | | | | | Buy (add'l) | 04/26/19 | J | | |
| 221. -- | | | | | Buy (add'l) | 04/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  -- | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 223.  Linde PLC | A | Dividend | K | T | Buy<br>(add'l) | 06/12/19 | J | | |
| 224.  Lockheed Martin Corp. | A | Dividend | K | T | Buy<br>(add'l) | 03/01/19 | J | | |
| 225.  -- | | | | | Buy<br>(add'l) | 03/04/19 | J | | |
| 226.  Lyondellbasell | A | Dividend | J | T | Buy<br>(add'l) | 09/06/19 | J | | |
| 227.  -- | | | | | Buy<br>(add'l) | 09/13/19 | J | | |
| 228.  -- | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 229.  Martin Marietta | A | Dividend | | | Sold<br>(part) | 08/12/19 | J | | |
| 230.  -- | | | | | Sold<br>(part) | 10/03/19 | J | | |
| 231.  -- | | | | | Sold<br>(part) | 10/08/19 | J | | |
| 232.  -- | | | | | Sold | 10/17/19 | J | | |
| 233.  Mastercard Inc. | A | Dividend | J | T | Sold<br>(part) | 03/07/19 | J | | |
| 234.  McDonald's | A | Dividend | J | T | | | | | |
| 235.  Merck & Co. Inc. | A | Dividend | J | T | | | | | |
| 236.  MetLife Inc. | A | Dividend | J | T | | | | | |
| 237.  Microsoft Corp. | A | Dividend | K | T | Sold<br>(part) | 05/15/19 | J | | |
| 238.  -- | | | | | Sold<br>(part) | 06/19/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Mondelez Int'l | A | Dividend | J | T | | | | | |
| 240. National Grid PLC | A | Dividend | J | T | Buy (add'l) | 01/10/19 | J | | |
| 241. Nestle | A | Dividend | K | T | Sold (part) | 06/10/19 | J | | |
| 242. Nextera Energy Inc. | A | Dividend | J | T | Sold (part) | 06/10/19 | J | | |
| 243. Northern Trust Corp. | A | Dividend | K | T | | | | | |
| 244. NXP Semiconductors | A | Dividend | K | T | | | | | |
| 245. Occidental Pete | A | Dividend | | | Sold | 12/05/19 | J | | |
| 246. PPG Indus. Inc. | A | Dividend | J | T | | | | | |
| 247. Paychex Inc. | A | Dividend | K | T | | | | | |
| 248. Pepsico Inc. | A | Dividend | K | T | Sold (part) | 01/23/19 | J | | |
| 249. -- | | | | | Sold (part) | 02/13/19 | J | | |
| 250. -- | | | | | Sold (part) | 10/07/19 | J | | |
| 251. -- | | | | | Sold (part) | 10/09/19 | J | | |
| 252. -- | | | | | Sold (part) | 12/11/19 | J | | |
| 253. -- | | | | | Buy (add'l) | 03/22/19 | J | | |
| 254. Pfizer Inc. | B | Dividend | K | T | Buy (add'l) | 06/25/19 | J | | |
| 255. -- | | | | | Buy (add'l) | 06/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bloch, Alan N. | 11/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -- | | | | | Buy (add'l) | 07/12/19 | J | | |
| 257.  -- | | | | | Buy (add'l) | 07/17/19 | J | | |
| 258.  -- | | | | | Buy (add'l) | 07/23/19 | J | | |
| 259.  -- | | | | | Buy (add'l) | 07/26/19 | J | | |
| 260.  -- | | | | | Buy (add'l) | 10/07/19 | J | | |
| 261.  -- | | | | | Buy (add'l) | 11/26/19 | J | | |
| 262.  -- | | | | | Buy (add'l) | 12/11/19 | J | | |
| 263.  Philip Morris | A | Dividend | K | T | Sold (part) | 08/27/19 | J | | |
| 264.  -- | | | | | Sold (part) | 12/05/19 | J | | |
| 265.  -- | | | | | Buy (add'l) | 01/10/19 | J | | |
| 266.  -- | | | | | Buy (add'l) | 01/14/19 | J | | |
| 267.  Phillips 66 | A | Dividend | | | Sold (part) | 06/12/19 | J | | |
| 268.  -- | | | | | Sold (part) | 07/24/19 | J | | |
| 269.  -- | | | | | Sold | 07/25/19 | J | | |
| 270.  PNC Fin. Srvs. | A | Dividend | K | T | Buy (add'l) | 01/10/19 | J | | |
| 271.  -- | | | | | Buy (add'l) | 09/13/19 | J | | |
| 272.  -- | | | | | Buy (add'l) | 10/07/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Polaris Inc. | A | Dividend | K | T | | | | | |
| 274. PPL Corp. | A | Dividend | J | T | Buy (add'l) | 01/10/19 | J | | |
| 275. -- | | | | | Buy (add'l) | 03/04/19 | J | | |
| 276. Procter & Gamble Co. | A | Dividend | J | T | Sold (part) | 03/04/19 | J | | |
| 277. -- | | | | | Sold (part) | 04/24/19 | J | | |
| 278. -- | | | | | Sold (part) | 05/30/19 | J | | |
| 279. -- | | | | | Sold (part) | 07/23/19 | J | | |
| 280. -- | | | | | Sold (part) | 07/26/19 | J | | |
| 281. -- | | | | | Sold (part) | 08/01/19 | J | | |
| 282. -- | | | | | Sold (part) | 08/06/19 | J | | |
| 283. -- | | | | | Buy (add'l) | 01/09/19 | J | | |
| 284. Progressive Corp. | A | Dividend | K | T | | | | | |
| 285. Qualcom | A | Dividend | | | Sold (part) | 05/22/19 | J | | |
| 286. -- | | | | | Sold (part) | 05/28/19 | J | | |
| 287. -- | | | | | Sold | 06/03/19 | J | | |
| 288. Rayonier Inc. | A | Dividend | J | T | | | | | |
| 289. Raytheon Co. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290.  Realty Income Corp. | A | Dividend | J | T | Buy<br>(add'l) | 01/10/19 | J | | |
| 291.  Regions Fin. Corp. | A | Dividend | J | T | Buy<br>(add'l) | 04/24/19 | J | | |
| 292.  -- | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 293.  Royal Dutch Shell | A | Dividend | J | T | Buy<br>(add'l) | 10/01/19 | J | | |
| 294.  Schlumberger | A | Dividend | | | Sold<br>(part) | 08/29/19 | J | | |
| 295.  -- | | | | | Sold | 08/30/19 | J | | |
| 296.  SL Green Realty Corp. | A | Dividend | K | T | Buy<br>(add'l) | 10/09/19 | J | | |
| 297.  -- | | | | | Buy<br>(add'l) | 10/18/19 | J | | |
| 298.  The Southern Co. | B | Dividend | K | T | Sold<br>(part) | 08/27/19 | J | | |
| 299.  -- | | | | | Sold<br>(part) | 08/30/19 | J | | |
| 300.  -- | | | | | Sold<br>(part) | 12/11/19 | J | | |
| 301.  -- | | | | | Buy<br>(add'l) | 01/09/19 | J | | |
| 302.  SPDR S&P 500 | A | Dividend | J | T | Sold<br>(part) | 01/02/19 | K | | |
| 303.  -- | | | | | Buy<br>(add'l) | 12/05/19 | J | | |
| 304.  Sysco Corp. | A | Dividend | J | T | Sold<br>(part) | 07/31/19 | J | | |
| 305.  TC Energy Corp. | A | Dividend | J | T | Buy<br>(add'l) | 08/27/19 | J | | |
| 306.  -- | | | | | Buy<br>(add'l) | 08/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307.  Texas Instruments Inc. | A | Dividend | J | T | Sold<br>(part) | 01/08/19 | J | | |
| 308.  -- | | | | | Sold<br>(part) | 01/25/19 | J | | |
| 309.  Tiffany & Co. | A | Dividend | K | T | Buy<br>(add'l) | 08/12/19 | J | | |
| 310.  Total SA Spons. ADR | A | Dividend | | | Sold<br>(part) | 10/01/19 | J | | |
| 311.  -- | | | | | Sold | 10/07/19 | J | | |
| 312.  Travelers Cos. | A | Dividend | J | T | | | | | |
| 313.  Union Pacific Corp. | A | Dividend | J | T | Sold<br>(part) | 01/14/19 | J | | |
| 314.  UPS | A | Dividend | K | T | Sold<br>(part) | 10/07/19 | J | | |
| 315.  -- | | | | | Sold<br>(part) | 11/20/19 | J | | |
| 316.  -- | | | | | Sold<br>(part) | 11/26/19 | J | | |
| 317.  -- | | | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 318.  -- | | | | | Buy<br>(add'l) | 07/25/19 | J | | |
| 319.  -- | | | | | Buy<br>(add'l) | 09/25/19 | J | | |
| 320.  United Technologies Corp. | A | Dividend | J | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 321.  -- | | | | | Buy<br>(add'l) | 01/29/19 | J | | |
| 322.  -- | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 323.  -- | | | | | Buy<br>(add'l) | 02/08/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  -- | | | | | Buy (add'l) | 03/07/19 | J | | |
| 325.  -- | | | | | Buy (add'l) | 03/22/19 | J | | |
| 326.  -- | | | | | Buy (add'l) | 06/12/19 | J | | |
| 327.  -- | | | | | Buy (add'l) | 06/18/19 | J | | |
| 328.  United Health Group Inc. | A | Dividend | J | T | Buy (add'l) | 06/19/19 | J | | |
| 329.  US Bancorp | A | Dividend | K | T | Buy (add'l) | 01/23/19 | J | | |
| 330.  -- | | | | | Buy (add'l) | 01/25/19 | J | | |
| 331.  Ventas Inc. | A | Dividend | J | T | Sold (part) | 01/10/19 | J | | |
| 332.  -- | | | | | Sold (part) | 12/05/19 | J | | |
| 333.  -- | | | | | Sold (part) | 10/09/19 | J | | |
| 334.  Verizon Communications | B | Dividend | K | T | Sold (part) | 01/10/19 | J | | |
| 335.  -- | | | | | Sold (part) | 01/30/19 | J | | |
| 336.  -- | | | | | Buy (add'l) | 06/03/19 | J | | |
| 337.  -- | | | | | Buy (add'l) | 06/04/19 | J | | |
| 338.  -- | | | | | Buy (add'l) | 10/09/19 | J | | |
| 339.  Visa Inc. | A | Dividend | J | T | Sold (part) | 05/15/19 | J | | |
| 340.  Vodafone Group | A | Dividend | | | Sold (part) | 03/04/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  -- | | | | | Sold (part) | 03/22/19 | J | | |
| 342.  -- | | | | | Sold | 12/05/19 | J | | |
| 343.  Vulcan Materials | A | Dividend | J | T | | | | | |
| 344.  Waste Management Inc. | A | Dividend | J | T | Sold (part) | 05/15/19 | J | | |
| 345.  -- | | | | | Sold (part) | 06/10/19 | J | | |
| 346.  -- | | | | | Buy (add'l) | 06/12/19 | J | | |
| 347.  WEC Energy Group Inc. | A | Dividend | J | T | Sold (part) | 06/10/19 | J | | |
| 348.  -- | | | | | Sold (part) | 07/31/19 | J | | |
| 349.  -- | | | | | Sold (part) | 09/06/19 | J | | |
| 350.  -- | | | | | Sold (part) | 09/09/19 | J | | |
| 351.  Wells Fargo | A | Dividend | J | T | Buy (add'l) | 07/24/19 | J | | |
| 352.  -- | | | | | Buy (add'l) | 07/25/19 | J | | |
| 353.  -- | | | | | Buy (add'l) | 09/27/19 | J | | |
| 354.  Welltower Inc. | A | Dividend | J | T | | | | | |
| 355.  Weyerhaeuser Co. | A | Dividend | K | T | | | | | |
| 356.  Williams Cos. | A | Dividend | J | T | Buy (add'l) | 01/02/19 | J | | |
| 357.  Zoetis Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. 3M Co. | A | Dividend | K | T | Sold (part) | 04/09/19 | J | | |
| 359. (Lines 56-358 are common stock unless otherwise noted) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 11/17/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan N. Bloch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544